■ LEWIS F. LAUER, Individually and as Parent and Natural Guardian of JEFF LAUER, Plaintiffs, v RITA C. SLOBBE, et al., Appellants, and COOPER INTERNATIONAL, INC., Respondent.—Order and judgment unanimously affirmed, with costs (see *Edgar v Kajet,* 84 Misc 2d 100, affd 55 AD2d 597, mot for lv to app dsmd 41 NY2d 802; *Schirmer v Yost,* 60 AD2d 789; *Paul v Hogan,* 56 AD2d 723; *Bradshaw v Paduano,* 55 AD2d 828). (Appeal from order and judgment of Niagara Supreme Court—summary judgment.) Present—Marsh, P. J., Simons, Hancock, Jr., Schnepp and Witmer, JJ.